# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMJAD QUTTAINEH,**

        **Plaintiff,**

**-vs-**                                                                   **Case No. 6:06-cv-437-Orl-19KRS**

**OMNIAT INTERNATIONAL TELECOM, LLC,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO CANCEL FINAL PRETRIAL CONFERENCE (Doc. No. 48)** |
| **FILED:** | **June 15, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The Final Pretrial Conference previously scheduled before the undersigned on June 18, 2007 is **CANCELED**. If the settlement agreement is not filed before June 22, 2007, the Court will reschedule the conference. The case remains on the July trial term until the settlement agreement is approved or as otherwise indicated by Court order.

**DONE** and **ORDERED** in Orlando, Florida on June 15, 2007.

                                                  *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                       UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties